IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY GOMEZ, | ) | **CASE NO. 8:25-cv-710** |
| | ) | |
| Plaintiff | ) | |
| | ) | **NOTICE OF SERVING** |
| | ) | **THE DEFENDANTS'** |
| vs. | ) | **INITIAL DISCLOSURES** |
| | ) | |
| | ) | |
| THE CITY OF OMAHA, NEBRASKA, | ) | |
| TAMI PHILLIPS, individually, JACOB | ) | |
| HANISZEWSKI, individually, DEVIN | ) | |
| WASHINGTON, individually, and | ) | |
| DASHAWN HAYNES, individually, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the Defendants, The City of Omaha, Tami Phillips, Jacob Haniszewski, Devin Washington, and Dashawn Haynes, (Defendants), and give notice that on March 13, 2026, the Defendants served upon the Plaintiff the Defendants' initial disclosures and the initial disclosures production pages 1-350, and 7 flash drives, required pursuant to Fed. R. Civ. P. 26(e)(1)(A). These documents and visual and audio media were picked up at the City of Omaha Law Department by Daniella Asplin.

THE CITY OF OMAHA, NEBRASKA, TAMI PHILLIPS, JACOB HANISZEWSKI, DEVIN WASHINGTON, and DASHAWN HAYNES, in their individual capacities, Defendants.

By:  s/ Stacey N. Hultquist
STACEY N. HULTQUIST, No. 20389
Assistant City Attorney
Omaha/Douglas Civic Center
1819 Farnam Street, Suite 804
Omaha, NE 68183
402-444-5115

-1-

Stacey.Hultquist@cityofomaha.org
Attorney for the Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2026, I electronically filed the foregoing **NOTICE OF SERVING DEFENDANTS' INITIAL DISCLOSURES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record or parties in the above captioned action registered with the CM/ECF system.

    /s/ Stacey Hultquist___