IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY GOMEZ, | ) | CASE NO.: 8:25-CV-710 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SERVING PLAINTIFF'S** |
| | ) | **INITIAL DISCLOSURES** |
| CITY OF OMAHA, NEBRASKA, TAMI | ) | |
| PHILLIPS, individually, JACOB | ) | |
| HANISZEWSKI, individually, DEVIN | ) | |
| WASHINGTON, individually, and | ) | |
| DASHAWN HAYNES, individually, | | |
| | | |
| Defendants. | | |

COME NOW the Plaintiff, Anthony Gomez, and gives notice that on March 16 2026, Plaintiff served upon the Defendant the Plaintiff's initial disclosures and production pages 1-52, required pursuant to Fed. R. Civ. P. 26(e)(1)(A). These documents were served by electronic mail to Stacey Hultquist.

DATED this 16th day of March, 2026.


ANTHONY GOMEZ, Plaintiff


By:   /s/ Justin W. Pritchett
      Justin W. Pritchett #27914
      1018 Dodge St. Ste 101
      Omaha, NE 68102
      402-933-6858 (p)
      866-929-7939 (f)
      justin@chandlerconway.com
      Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 16th, 2026, I electronically filed the foregoing Notice of Serving Plaintiff's Initial Disclosures with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record or parties in the above captioned action registered with the CM/ECF system.

/s/ Justin W. Pritchett

2