IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY GOMEZ, | ) | **CASE NO. 8:25-cv-710** |
| | ) | |
| Plaintiff | ) | |
| | ) | **NOTICE OF SERVING** |
| | ) | **DISCOVERY REQUESTS** |
| vs. | ) | **ON THE PLAINTIFF** |
| | ) | |
| | ) | |
| THE CITY OF OMAHA, NEBRASKA, | ) | |
| TAMI PHILLIPS, individually, JACOB | ) | |
| HANISZEWSKI, individually, DEVIN | ) | |
| WASHINGTON, individually, and | ) | |
| DASHAWN HAYNES, individually, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

COME NOW the Defendants the City of Omaha, Tami Phillips, Jacob Haniszewski, Devin

Washington, and Dashawn Haynes, (collectively, the "City Defendants"), and give notice that on

March 13, 2026, the City Defendants served upon the Plaintiff the City Defendants' 1st Set of

Interrogatories to Plaintiff and 1st Set of Requests for Production of Documents to Plaintiff.

THE CITY OF OMAHA, NEBRASKA, TAMI
PHILLIPS, JACOB HANISZEWSKI, DEVIN
WASHINGTON, and DASHAWN HAYNES, in
their individual capacities, Defendants.

By: s/ Stacey N. Hultquist
STACEY N. HULTQUIST, No. 20389
Assistant City Attorney
Omaha/Douglas Civic Center
1819 Farnam Street, Suite 804
Omaha, NE 68183
402-444-5115
Stacey.Hultquist@cityofomaha.org
Attorney for the Defendants

-1-

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2026, I electronically filed the foregoing **NOTICE OF SERVING DISCOVERY REQUESTS ON THE PLAINTIFF** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record or parties in the above captioned action registered with the CM/ECF system.

_____/s/ Stacey Hultquist_____